IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| LAURA L. LABELLE, | CV 26–27–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| KADIDJA SIERRA and DANNI COFFMAN, | |
| Defendants. | |

Plaintiff filed an Amended Complaint. (Doc. 9.) Plaintiff's Amended Complaint (Doc. 9) supersedes Plaintiff's original Complaint (Doc. 1), thereby mooting Defendant Kadidja Sierra's original Motion to Dismiss (Docs. 6). *See Ramirez v. Cty. of San Bernardino*, 806 F.3d 1002, 1008 (9th Cir. 2015).

Accordingly, IT IS ORDERED that Defendant Kadidja Sierra's Motion to Dismiss (Doc. 6) is DENIED as MOOT.

DATED this 6th day of April, 2026.

Dana L. Christensen, District Judge
United States District Court

1